# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

149535

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EULALIO RAMOS, JR.,
      Defendant-Appellant.

SC: 149535
COA: 321643
Berrien CC: 2013-002012-FH

_____/

      On order of the Court, the application for leave to appeal the June 2, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



Clerk

t1015